BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    Andrew.Dawson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 16-140 CRB |
| Plaintiff, | STIPULATION TO CONTINUE, EXCLUDE TIME, AND ORDER |
| v. | |
| YASIN MOHAMED ALI ALGHAZALI, <br>   a/k/a Mosed Shaye Omar | |
| Defendant. | |

    The parties are currently set for a status conference before this Court on September 21, 2016, at 2:00 p.m.  As explained in previous filings, Defendant has issued a discovery request to the government regarding a variety of potential discovery materials, which the government is currently working to respond to.  The government has made progress in its search, but requests further time to gather responsive information.  Defendant does not oppose a continuance.  The parties previously obtained a continuance from August 3, 2016 to September 21, 2016.  The government does not expect to require any further continuances prior to responding to the defense request.

    In light of these facts, the parties stipulate and request that the status conference currently scheduled for September 21, 2016 be continued until October 12, 2016.  The parties further stipulate and request that the time between September 21, 2016 and October 12, 2016, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  Excluding time until October 12, 2016, will

STIPULATION TO CONTINUE, EXCLUDE TIME, AND [PROPOSED] ORDER
CR 16-140 CRB

1  allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3        IT IS SO STIPULATED.

5  DATED: September 19, 2016                 /s/
                                        ANDREW F. DAWSON
6                                          Assistant United States Attorney

8  DATED: September 19, 2016                 /s/
                                        W. DOUGLAS SPRAGUE
9                                          Counsel for Defendant YASIN MOHAMED ALI
                                        ALGHAZALI a/k/a Mosed Shaye Omar

ORDER

The status conference set for September 21, 2016, at 2:00 p.m. for defendant Yasin Mohamed Ali Alghazali (a/k/a Mosed Shaye Omar) is continued to October 12, 2016 at 2:00 p.m. The Court finds that the exclusion of the period from September 21, 2016 to October 12, 2016 from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  September 20, 2016

HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

STIPULATION TO CONTINUE, EXCLUDE TIME, AND [PROPOSED] ORDER
CR 16-140 CRB